UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Tamika N. Wyche, Esquire,**
**Law Offices of David Paul Daniels, LLC**
**2985 Yorkship Square, Suite 1A**
**CAMDEN, NEW JERSEY 08104**
**(856) 338-0411**
TW 06502006

In Re: GAIL T. EDISON

Order Filed on March 26, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-12267

Adv. No.:

Hearing Date: March 26, 2024

Judge: HON. ANDREW B. ALTENBURG

ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 26, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtors: GAIL T. EDISON

Case No: 24-12267 ABA

Caption of Order: ORDER EXTENDING THE AUTOMATIC STAY
--------------------------------------------------------------------------------

    THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire, Attorney for Debtor, Gail T. Edison on Motion to Extend the Automatic Stay; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown; it

    ORDERED that the Automatic Stay is Extended until the completion of the plan, pursuant to 11 U.S.C. 362(c)(3)(B).