```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
**Tamika N. Wyche, Esquire,**
**Law Offices of David Paul Daniels, LLC**
**2985 Yorkship Square, Suite 1A**
**CAMDEN, NEW JERSEY 08104**
**(856) 338-0411**
TW 06502006

**Order Filed on March 26, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re: GAIL T. EDISON

Case No.: 24-12267

Adv. No.:

Hearing Date: March 26, 2024

Judge: HON. ANDREW B. ALTENBURG

ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 26, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtors: GAIL T. EDISON

Case No: 24-12267 ABA

Caption of Order: ORDER EXTENDING THE AUTOMATIC STAY
_____

    THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire, Attorney for Debtor, Gail T. Edison on Motion to Extend the Automatic Stay; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown; it

    ORDERED that the Automatic Stay is Extended until the completion of the plan, pursuant to 11 U.S.C. 362(c)(3)(B).

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12267-ABA |
| Gail T. Edison | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gail T. Edison, 38 Fox Meadow Drive, Sicklerville, NJ 08081-1140 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Shannon Burrini | on behalf of Creditor PC 6 LLC shannonb@procapllc.onmicrosoft.com |
| Tamika Nicole Wyche | on behalf of Debtor Gail T. Edison daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5