Case 24-12267-ABA    Doc 28    Filed 07/03/24    Entered 07/03/24 12:32:31    Desc Main
Document    Page 1 of 2

7/2/24, 12:50 PM          Gmail - U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Gail T. Edison, Case Number: 24-12267, ABA, …



Law Office of David Daniels, LLC <daviddanielslaw@gmail.com>

# U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Gail T. Edison, Case Number: 24-12267, ABA, Ref: [p-215268650]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>  Tue, Jul 2, 2024 at 12:50 PM
To: daviddanielslaw@gmail.com

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

July 3, 2024

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Gail T. Edison, Case Number 24-12267, ABA

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102**

---

Undeliverable Address:
PC 6 LLC
2500 McClellan Ave., Suite 200
Pennsauken, NJ 08109

Role type/cr id: cr
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS: *Shannon Burrini, Esq. c/o Pro Capital Mgmt III, 2500 McClellan Ave., Suite 200, Pennsauken, N.J. 08109*

Undeliverable Address:

7/2/24, 12:50 PM	Gmail - U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Gail T. Edison, Case Number: 24-12267, ABA, …

Case 24-12267-ABA    Doc 28    Filed 07/03/24    Entered 07/03/24 12:32:31    Desc Main
Document    Page 2 of 2

PC 6 LLC
c/o Pro Capital Management III, LLC
2500 McClellan Ave., Suite 200
Pennsauken, NJ 08109

Role type/cr id: 520250999
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS: Shannon Burrini, Esq. c/o Pro Capital Management III, LLC 2500 McClellan Ave, Suite 200 Pennsauken, N.J. 08109

_____   7-3-24
Signature of Debtor or Debtor's Attorney     Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

📎 B_P12412267plncf130119.PDF
4K