Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−12267−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gail T. Edison
   fka Gail Theresa Edison, fka Gail T.
   Edison, fka Gail T. Davis, fka Gail Teresa
   Edison
   38 Fox Meadow Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6392

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 28, 2024.

Dated: July 1, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gail T. Edison  
    Debtor

Case No. 24-12267-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jul 01, 2024      Form ID: plncf13      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail T. Edison, 38 Fox Meadow Drive, Sicklerville, NJ 08081-1140 |
| 520179880 | + | Borough of Somerdale Tax Collector, 105 Kennedy Blvd, Somerdale, NJ 08083-1018 |
| 520179881 | + | CCMUA, 1645 Ferry Avenue, Camden, NJ 08104-1360 |
| 520179882 | + | Gary C. Zeitz, LLC, 1101 Laurel Oak Road, Suite 170, Voorhees, NJ 08043-4381 |
| 520179883 | | Gloucester Township MUA, 401 W. Landing Road, Blackwood, NJ 08012 |
| 520179884 | + | Gloucester Township Sewer Utilities, PO Box 216, Glendora, NJ 08029-0216 |
| 520179885 | + | Hyberg, White & Mann, P.C., Executive Plaza, Suite 105, 2111 New Road, Northfield, NJ 08225-1547 |
| 520179888 | + | State of NJ Higher Education, PO Box 548, Trenton, NJ 08625-0548 |
| 520185965 | + | Terrestria Association Inc., c/o Paul Aaronson, Esq., Hyberg White & Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| 520179889 | + | Terrestria HOA, 2 Fox Meadow Drive, Sicklerville, NJ 08081-1140 |
| 520179890 | + | US Bank Cust PC6 Sterling Natl, 2500 McClellan Blvd, Suite 200, Merchantville, NJ 08109-4613 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 01 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 01 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520183686 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 01 2024 21:22:14 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520196596 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 01 2024 21:12:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 520179886 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2024 21:11:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520244015 | | Email/Text: BNCnotices@dcmservices.com | Jul 01 2024 21:11:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520179887 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 01 2024 21:12:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520251309 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 01 2024 21:12:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | PC 6 LLC, 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109-4613 |
| 520250999 | ##+ | PC 6 LLC, c/o Pro Capital Management III, LLC, 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109-4613 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Shannon Burrini | on behalf of Creditor PC 6 LLC shannonb@procapllc.onmicrosoft.com |
| Tamika Nicole Wyche | on behalf of Debtor Gail T. Edison daviddanielslaw@gmail.com  16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6