Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-12267 (ABA)

Gail T. Edison  
38 Fox Meadow Drive  
Sicklerville, NJ  08081

Monthly Payment: $1,469.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/16/2024 | $988.00 | 06/24/2024 | $1,469.00 | 07/15/2024 | $1,486.00 | 08/19/2024 | $1,486.00 |
| 09/30/2024 | $1,486.00 | 11/08/2024 | $1,486.00 | 12/18/2024 | $1,486.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GAIL T. EDISON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 1 | BOROUGH OF SOMERDALE TAX COLLECTOR | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | 24 | $7,658.12 | $329.45 | $7,328.67 | $0.00 |
| 3 | GARY C. ZEITZ, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | GLOUCESTER TOWNSHIP MUA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | GLOUCESTER TOWNSHIP | 24 | $814.84 | $35.06 | $779.78 | $0.00 |
| 6 | ECMC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 28 | $1,432.65 | $0.00 | $1,432.65 | $0.00 |
| 8 | SELECT PORTFOLIO SERVICING, INC. | 24 | $2,374.32 | $102.15 | $2,272.17 | $0.00 |
| 9 | STATE OF NJ HIGHER EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | TERRESTRIA HOMEOWNERS ASSOCIATION, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | US BANK CUST PC6 STERLING NATL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | TAMIKA NICOLE WYCHE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TERRESTRIA HOMEOWNERS ASSOCIATION, INC. | 24 | $18,871.51 | $811.85 | $18,059.66 | $0.00 |
| 18 | JEFFERSON HEALTH | 33 | $6,009.40 | $0.00 | $6,009.40 | $0.00 |
| 19 | PC 6 LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | EDUCATIONAL CREDIT MANAGEMENT CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | JEFFERSON HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PC 6 LLC | 24 | $35,620.65 | $1,532.40 | $34,088.25 | $0.00 |
| 23 | U.S. BANK NATIONAL ASSOCIATION, AT. EL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2024 | 2.00 | $0.00 |
| 06/01/2024 | Paid to Date | $2,457.00 |
| 07/01/2024 | 57.00 | $1,469.00 |
| 04/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,887.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,337.40 |
| Arrearages: | $1,384.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**