UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Shannon Burrini, Esq.
Pro Capital Management III, LLC
2500 McClellan Ave, Suite 200
Pennsauken, NJ 08109
Tel. 856-528-0467
shannonb@procapllc.com
Attorney for Creditor, *PC6 LLC*

Order Filed on March 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: _24-12267-ABA_ |
| | Hearing Date: _March 11, 2025 @ 10A.M._ |
| GAIL T. EDISON | Judge: _Andrew B. Altenburg, Jr._ |
| | Chapter: _13_ |

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 17, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon PC6 LLC's (the "Creditor"), Motion for Relief from the Automatic Stay, by and through Counsel, Shannon Burrini, Esquire, appearing, and the Debtor, by and through Counsel, Tamika N. Wyche, Esquire, having consented hereto and good cause having been shown;

IT APPEARING that Creditor is the holder of certain tax lien(s) 16-00083 (the "Tax Lien") secured by the Debtor's real estate located at 207 Ava Ave., Somerdale, NJ 08083, Block 128.05, Lot 8 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor and Creditor now seek to resolve this matter; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1.      Debtor shall pay all outstanding post-petition obligations due and owing to the Borough of Somerdale by April 15, 2025.

2.      In the event the Debtor fails to pay all outstanding post-petition obligations in accordance with Paragraph 1, *supra*, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days' notice to the Debtor and Debtor's counsel, setting forth the default in question.

3.      Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $250.00 on account of the legal fees and costs incurred in the prosecution of its Motion.

We hereby consent to the form and entry of the within Order.

**PRO CAPITAL MANAGEMENT III, LLC**

By:_____/s / Shannon Burr in ι_____
        Shannon Burrini, Esq.
        Attorney for Creditor, PC6 LLC

**LAW OFFICES OF DAVID PAUL DANIELS, LLC**

By:_____
        Tamika N. Wyche, Esq.
        Attorney for the Debtor, Gail T. Edison