UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Shannon Burrini, Esq.
Pro Capital Management III, LLC
2500 McClellan Ave, Suite 200
Pennsauken, NJ 08109
Tel. 856-528-0467
shannonb@procapllc.com
Attorney for Creditor, *PC6 LLC*

Order Filed on March 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GAIL T. EDISON

Case No.:     24-12267-ABA

Hearing Date:   March 11, 2025 @ 10A.M.

Judge:     Andrew B. Altenburg, Jr.

Chapter:     13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 17, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon PC6 LLC's (the "Creditor"), Motion for Relief from the Automatic Stay, by and through Counsel, Shannon Burrini, Esquire, appearing, and the Debtor, by and through Counsel, Tamika N. Wyche, Esquire, having consented hereto and good cause having been shown;

IT APPEARING that Creditor is the holder of certain tax lien(s) 16-00083 (the "Tax Lien") secured by the Debtor's real estate located at 207 Ava Ave., Somerdale, NJ 08083, Block 128.05, Lot 8 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor and Creditor now seek to resolve this matter; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. Debtor shall pay all outstanding post-petition obligations due and owing to the Borough of Somerdale by April 15, 2025.

2. In the event the Debtor fails to pay all outstanding post-petition obligations in accordance with Paragraph 1, *supra*, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days' notice to the Debtor and Debtor's counsel, setting forth the default in question.

3. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $250.00 on account of the legal fees and costs incurred in the prosecution of its Motion.

We hereby consent to the form and entry of the within Order.

**PRO CAPITAL MANAGEMENT III, LLC**

By: /s / Shannon Burrini
    Shannon Burrini, Esq.
    Attorney for Creditor, PC6 LLC

**LAW OFFICES OF DAVID PAUL DANIELS, LLC**

By: [signature]
    Tamika N. Wyche, Esq.
    Attorney for the Debtor, Gail T. Edison

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 24-12267-ABA
Gail T. Edison     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Mar 17, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail T. Edison, 38 Fox Meadow Drive, Sicklerville, NJ 08081-1140 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:

**Name**     **Email Address**

Andrew B Finberg
    ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association  as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Shannon Burrini
    on behalf of Creditor PC 6 LLC shannonb@procapllc.onmicrosoft.com

Tamika Nicole Wyche
    on behalf of Debtor Gail T. Edison daviddanielslaw@gmail.com  16022@notices.nextchapterbk.com

U.S. Trustee

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 17, 2025 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6