Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−12267−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gail T. Edison
   fka Gail Theresa Edison, fka Gail T.
   Edison, fka Gail T. Davis, fka Gail Teresa
   Edison
   38 Fox Meadow Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6392

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 1/16/26 at 09:00 AM

to consider and act upon the following:

*44* – Certification In Objection to (related document:43 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 12/18/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Tamika Nicole Wyche on behalf of Gail T. Edison. (Wyche, Tamika)

Dated: 12/12/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court