MCGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR TERRESTRIA ASSOCIATION, INC.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

In re:

Gail T. Edison
        Debtor.

CASE NO.: 24-12267-ABA

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

TO:    CLERK, UNITED STATES BANKRUPTCY COURT
        402 East State Street
        Trenton, NJ 08608
        Telephone: 609-989-2200

Gail T. Edison
38 Fox Meadow Drive
Sicklerville, NJ 08081

Tamika Nicole Wyche
Law Offices of David PaulDaniels, LLC
2985 Yorkship Square, Suite 1A
Camden, NJ 08104

TRUSTEE
Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38, Suite 580
Cherry Hill, NJ 08002

U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to Terrestria

1

Association, Inc., in the above captioned matter. Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings and applications served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether conveyed by mail, email, telephone, telegraph, telex or otherwise which may affect the rights or interests, in any way of/in the above-captioned matter.

MCGOVERN LEGAL SERVICES, LLC<br>
Attorneys for Terrestria Association, Inc.<br>
<br>
By: _____<br>
WILLIAM H. BROSHA, ESQ.

DATED: 1/15/26

## CERTIFICATION OF SERVICE

I, William H. Brosha, Esq., do certify that a true copy of the Notice of Appearance and Demand for Service of Papers was served upon those individuals and/or entities listed on the attached service list via electronic service on __1/15/26__.

DATED: 1/15/26         By: _____
                              WILLIAM H. BROSHA, ESQ.

## SERVICE LIST

**Via Electronic Service**

CLERK, UNITED STATES BANKRUPTCY COURT
402 East State Street
Trenton, NJ 08608
Telephone: 609-989-2200

Gail T. Edison
38 Fox Meadow Drive
Sicklerville, NJ 08081

Tamika Nicole Wyche
Law Offices of David PaulDaniels, LLC
2985 Yorkship Square, Suite 1A
Camden, NJ 08104

TRUSTEE
Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38, Suite 580
Cherry Hill, NJ 08002

U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102