McGovern Legal Services, LLC
William H. Brosha, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
Phone (732) 246-1221
Fax (732) 246-1872
ATTORNEYS FOR TERRESTRIA ASSOCIATION, INC.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

In re:

Gail T. Edison

Debtor.

CASE NO.: 24-12267-ABA

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of McGovern Legal Services LLC in place of Hyberg, White & Mann, as attorneys for Terrestria Association, Inc.

Eric D. Mann, Esq.,

By: _____
Eric D. Mann, Esq.
Hyberg, White & Mann, PC
Withdrawing Attorney(s)

Date: 1/30/26

McGovern Legal Services, LLC

By: _____
William H. Brosha, Esq.
McGovern Legal Services, LLC
Superseding Attorney(s)

Date: 2/2/26