UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Tamika N. Wyche, Esquire
LAW OFFICES OF DAVID PAUL DANIELS, LLC
2985 YORKSHIP SQUARE, SUITE 1A
CAMDEN, NEW JERSEY 08104
**(856) 338-0411**
TNW 006502006

Order Filed on February 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: GAIL EDISON

Case No.: 24-12267-ABA

Adv. No.:

Hearing Date:

Judge: HON. ANDREW B. ALTENBURG

ORDER ALLOWING ATTORNEY FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 17, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: GAL EDISON

Case No: 24-12267

Caption of Order: ORDER ALLOWING ATTORNEY FEES

_____

THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire of the Law Offices of

David Paul Daniels, LLC, Attorney for Debtor on Application for Allowance of Attorney fees to Attorney for

Debtor; and the Court after reviewing said Application; and for good cause having been shown;

IT IS HEREBY ORDERED that the Law Offices of David Paul Daniels, LLC, is allowed the sum of

$500.00 for their fees and costs of which $0.00 has already been received by the Attorney and of which there is

a balance of $500.00;

IT IS FURTHER ORDERED that the Attorney fee shall be paid through the Plan as a priority

administrative claim, pursuant to Chapter 503(b) and 507(a)(1);

IT IS FURTHER ORDERED the Debtor's monthly plan is modified to a payment of $1,533.00 per

month for the remaining 37 months to allow for payment of the aforesaid fee, beginning, March 1, 2026.

United States Bankruptcy Court

District of New Jersey

In re:

Gail T. Edison

    Debtor

Case No. 24-12267-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Gail T. Edison, 38 Fox Meadow Drive, Sicklerville, NJ 08081-1140

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Shannon Burrini | on behalf of Creditor PC 6 LLC legal@procapllc.com |
| Tamika Nicole Wyche | on behalf of Debtor Gail T. Edison daviddanielslaw@gmail.com  16022@notices.nextchapterbk.com |
| U.S. Trustee | |

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 17, 2026                       Form ID: pdf903                                Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

William H Brosha

on behalf of Creditor Terrestria Association  Inc. collections@theassociationlawyers.com

TOTAL: 7