UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Shannon Burrini, Esq.
Pro Capital Management III, LLC
2500 McClellan Ave., Suite 200
Pennsauken, NJ 08109
Tel. 856-528-0467
shannonb@procapllc.com
Attorney for Creditor, Pro Cap 8 LLC

In Re:

Gail T. Edison

Case No.: _____24-12267_____

Chapter: _____13_____

Judge: _____ABA_____

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that _____

will be substituted as attorney of record for _____Pro Cap 8 LLC_____, _____Creditor_____ in this

case. [1]

Date: 7/15/2026 _____

/s/ Shannon Burrini _____
Signature of Former Attorney

Date: 7/24/26 _____

/s/ Gary C. Zeitz _____
Signature of Substituted Attorney[2]

*rev.8/1/16*

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.